**Order entered August 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00547-CV

## IN RE STEVEN K. TOPLETZ AND HARPER BATES & CHAMPION LLP

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-002273-2019**

## ORDER

We **LIFT** the stay issued by this Court on May 9, 2019.

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Andrea S. Thompson, to vacate the portions of the May 1, 2019 order granting turnover relief requiring Steven K. Topletz, Harper Bates & Champion LLP, and/or any other attorney representing Steven K. Topletz to deposit IOLTA funds and attorney receivables into the trial court's registry and file certain documents with the trial court (with a copy to be served on The Suster Law Group, PLLC). We further **ORDER** the trial judge to vacate the portions of the May 1, 2019 order awarding attorneys' fees to real party in interest Raygan Bryce Wadle, Independent Administrator of the Estate of Lynda Carroll Willis, Deceased, Individually and on Behalf of Lancaster Bluegrove L.P., and against relator Steven K. Topletz.

We **ORDER** the trial judge to file with this Court, **within fifteen (15) days of the**

**date of this order**, a certified copy of an order issued in compliance with this order.  Should the

trial judge fail to comply with this order, the writ will issue.


/s/     ADA BROWN
JUSTICE